UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81101-RYSKAMP/VITUNAC

DEXTER CAMPBELL,

    Plaintiff,

v.

MERCER UNIVERSITY et al.,

    Defendants.

_____/

## ORDER OF REFERENCE

**PURSUANT** to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States Magistrate Judge Ann E. Vitunac for all pre-trial matters, to take all necessary and proper action required by law, and, if necessary, to submit a report and recommendation to this Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 14 day of March, 2012.

                                                    /s/ Kenneth L. Ryskamp
                                                    KENNETH L. RYSKAMP
                                                    UNITED STATES DISTRICT JUDGE